**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BAYRON GONZALEZ GARCIA,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **CIVIL ACTION** |
| **JAMISON, J.L., Warden, Federal Detention Center, et al.** | : | **No. 26-7408** |
| | : | |
| Respondents. | : | |

**AND NOW,** this 29th day of September, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus and Respondents' Brief in Opposition (ECF No. 5) it is hereby **ORDERED** that:

1. Petitioner shall file a reply in support of his Petition on or before October 1, 2026.
2. The reply shall be limited to addressing:
   a. whether Respondents' submissions establish an individualized custody determination sufficient under 8 U.S.C. § 1226(a) and the Due Process Clause;
   b. the legal significance of Petitioner's alleged decision not to request review of his custody determination before an immigration judge, including whether Petitioner has available administrative remedies that must be exhausted before this Court may grant habeas relief;
   c. the effect, if any, of the Third Circuit's decision in *Buele Morocho v. Warden Philadelphia FDC*, No. 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), and the recent decisions of courts in this District addressing detention under 8 U.S.C. § 1226(a); and

d. Respondents' request that the Court vacate its September 25, 2026 Order restricting Petitioner's transfer from FDC Philadelphia.

3. The Court's September 25, 2026 Order shall remain in effect.

BY THE COURT:

Hon. Mia R. Perez